UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORENZO SHOY,

                    Plaintiff,

          -against-

ANTHONY J. ANNUCCI,

                    Defendant.

22-CV-0084 (LTS)

ORDER DIRECTING PAYMENT OF FEE
OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

On January 4, 2022, the Court received Petitioner's affidavit, which appears to be his

petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 challenging his 2017 Bronx County

conviction.[1] To proceed with a petition for a writ of *habeas corpus* in this Court, a petitioner

must either pay the $5.00 filing fee or, to request authorization to proceed *in forma pauperis*

(IFP), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C.

§§ 1914, 1915.

Petitioner submitted the petition without the filing fee or an IFP application. Within thirty

days of the date of this order, Petitioner must either pay the $5.00 filing fee or complete and

submit the attached IFP application. If Petitioner submits the IFP application, it should be labeled

with docket number 22-CV-0084 (LTS). If the Court grants the IFP application, Petitioner will be

permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).[2]

The Clerk of Court is directed to mail a copy of this order to Petitioner and note service

on the docket. No answer shall be required at this time. If Petitioner complies with this order, the

---

[1] *People v. Shoy*, 115 N.Y.S.3d 289 (2019), *lv denied*, *People v. Shoy*, 35 N.Y.3d 974 (Apr. 15, 2020).

[2] If Petitioner did not intend this application to be his § 2254 petition, he can withdraw the petition.

case shall be processed in accordance with the procedures of the Clerk's Office. If Petitioner fails

to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant

demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 6, 2022
         New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge