UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2022
```

Lorenzo Shoy,

                    Petitioner,

-against-

David R. Harris,

                    Respondent.

1:22-cv-00084 (VB) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The deadline for Petitioner to file a reply to Respondent's opposition to the pending habeas petition has expired and no reply has been filed. Any reply by Petitioner shall be filed no later than January 31, 2023. If Petitioner fails to file a reply by January 31, 2023, the Court shall consider this case fully briefed as of that date.

**SO ORDERED.**

Dated:    New York, New York
            December 29, 2022

_____
STEWART D. AARON
United States Magistrate Judge