```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
LORENZO SHOY,                                              :
                                                           :
                              Petitioner,                  :
                                                           :
              - against –                                  :    22-CV-00084 (VSB) (SDA)
                                                           :
                                                           :       OPINION & ORDER
David R. Harris,                                           :
                                                           :
                              Respondent.                  :
-----------------------------------------------------------X
```

Appearances:

Lorenzo Shoy
*Pro Se*

Matthew B. White
David M. Cohn
Diana J. Lewis
Bronx County District Attorney's Office
New York, New York
*Counsel for Respondent*

VERNON S. BRODERICK, United States District Judge:

      Petitioner Lorenzo Shoy ("Shoy"), currently incarcerated at Green Haven Correctional Facility, seeks a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc. 1.) This matter was referred to Magistrate Judge Stewart D. Aaron, who issued an unopposed report and recommendation (the "Report and Recommendation") recommending that Shoy's petition be dismissed. (Doc. 27.) Having reviewed the Report and Recommendation, I ADOPT it in its entirety.

      In reviewing a magistrate judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties may raise specific, written objections to the report and

recommendation within 14 days of being served with a copy of the report.  *Id.*; *see also* Fed. R. Civ. P. 72(b)(2).  When a party submits a timely objection, a district court reviews de novo the parts of the report and recommendation to which the party objected.  28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3).  When neither party submits an objection to a report and recommendation, or any portion thereof, a district court reviews the report and recommendation for clear error.  *Santana v. Comm'r of Soc. Sec.*, 17-CV-2648 (VSB) (BCM), 2019 WL 2326214, at *1 (S.D.N.Y. May 30, 2019); *Marte v. Berryhill*, 17-CV-3567 (VSB) (JLC), 2018 WL 5255170, at *1 (S.D.N.Y. Oct. 22, 2018); *Lewis v. Zon*, 573 F. Supp. 2d 804, 811 (S.D.N.Y. 2008); *Wilds v. United Parcel Serv., Inc.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).

      Judge Aaron stated in the Report and Recommendation that "[t]he parties shall have fourteen (14) days (including weekends and holidays) from service of this Report and Recommendation to file written objections pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure."  The Report and Recommendation was issued on March 16, 2023, and objections were due by March 30, 2023.  No party objected to the Report and Recommendation.  Accordingly, I have reviewed Judge Aaron's thorough and well-reasoned Report and Recommendation for clear error and, after careful review, found none.

      Accordingly, I ADOPT the Report and Recommendation in its entirety.  Shoy's Petition for a Writ of Habeas Corpus is DENIED.

   The Clerk of Court is respectfully directed to mail a copy of this Opinion and Order to Petitioner.

SO ORDERED.

Dated: April 28, 2023
   New York, New York

_____
Vernon S. Broderick
United States District Judge