UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LORENZO SHOY,

                    Petitioner,           22 CIVIL 0084 (VSB)(SDA)

   -against-               **JUDGMENT**

David R. Harris,

                    Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 28, 2023, the Court has reviewed Judge Aaron's thorough and well-reasoned Report and Recommendation for clear error and, after careful review, found none. Accordingly, the Report and Recommendation is ADOPTED in its entirety. Shoy's Petition for a Writ of Habeas Corpus is DENIED.

**DATED:** New York, New York
             May 1, 2023

                                                   **RUBY J. KRAJICK**
                                                       **Clerk of Court**
               **BY:**   *K. Mango*
                                                       **Deputy Clerk**